IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER HAMMOND,

     Appellant,

v.

THE MOST WORSHIPFUL
GRAND LODGE OF FREE AND
ACCEPTED MASONS OF
FLORIDA, A NON-PROFIT
CORPORATION, and ROBERT
P. HARRY, JR.,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5666

Opinion filed August 3, 2016.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Kevin S. Sanders, Jacksonville, for Appellant.

William M. Douberley, Douberley, McGuinness & Cicero, Sunrise, for Appellees.

PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.